**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

v.                                          CASE NO.: 4:02-CR-47-SPM

CEDRIC O. ROBINSON,

          Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's motion for modification of

sentence (doc. 63) pursuant to the retroactive crack cocaine amendment (Amendment

750) and 18 U.S.C. § 3582(c).  The Government filed a response in opposition (doc.

64) and Defendant filed a reply (doc. 65).

Upon review, the Court finds that Defendant is not entitled to a sentence

reduction because application of the guideline amendment results in no change to his

sentencing range.  Defendant's sentence was not imposed pursuant to § 2D1.1 of the

United States Sentencing Guidelines, which has been amended.  Defendant's sentence

was subject to § 4B1.1 because he was a career offender, which resulted in an offense

level of 34 and a guideline range of 262 to 327 months.  Defendant's imprisonment was

guided by his Career Offender status as opposed to the Sentencing Guidelines.  As a

result, Defendant's sentence is not affected by the crack cocaine amendment.

Accordingly, it is ORDERED AND ADJUDGED that the Motion Under 18 USC §

3582(c)(2) for Modification of Sentence by a Person in Federal Custody (doc. 63) is

**denied**.

DONE AND ORDERED this 17th day of January, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge